# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

| | |
|---|---|
| NORTH MISSISSIPPI MEDICAL CENTER, INC.; CLAY COUNTY MEDICAL CORPORATION; PONTOTOC HEALTH SERVICES, INC.; WEBSTER HEALTH SERVICES, INC.; TISHOMINGO HEALTH SERVICES; and MARION REGIONAL MEDICAL CENTER, INC., <br><br>　　Plaintiffs, <br><br>　　v. <br><br>MCKESSON CORPORATION; CARDINAL HEALTH, INC.; AMERISOURCEBERGEN CORPORATION; CVS HEALTH CORPORATION; WALGREENS BOOTS ALLIANCE, INC.; WAL-MART STORES, INC.; PURDUE PHARMA L.P.; PURDUE PHARMA, INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS, INC.; ALLERGAN PLC f/k/a ACTAVIS PLC; WATSON PHARMACEUTICALS, INC. n/k/a ACTAVIS, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC., MALLINCKRODT, PLC d/b/a MALLINCKRODT PHARMACEUTICALS, and John Does 1-100, <br><br>　　Defendants. | Civil Case No.: 1:18-cv-00078-SA-DAS |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

Based upon Defendants' Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiffs' Complaint,

**IT IS HEREBY ORDERED** that Defendants McKesson Corporation; Cardinal Health, Inc.; AmerisourceBergen Corporation; CVS Health Corporation; Walgreens Boots Alliance, Inc.; Wal-Mart Stores, Inc.; Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Company Inc.; Teva Pharmaceutical Industries, Ltd.;[1] Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc., f/k/a Watson Pharma, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica Inc. n/k/a Janssen Pharmaceuticals, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals Inc.; Allergan plc f/k/a Actavis plc; and Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Laboratories, Inc., without waiver of any defenses, shall have through and including thirty (30) days after the later of (1) this Court's ruling on any motion to remand, should any party file one, or (2) the JPML's final decision regarding whether to transfer this case to the MDL, to move, answer, or otherwise respond to Plaintiffs' Complaint.

**IT IS SO ORDERED.**

Dated May 11, 2018         /s/ David A. Sanders
                                               The Honorable David A. Sanders
                                               United States Magistrate Judge

---

[1] Teva Pharmaceuticals Industries, Ltd., a foreign corporation, disputes that it has been served, but joins this motion out of an abundance of caution. It expressly reserves all defenses, including those related to personal jurisdiction and service of process.